UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

Case No. 16-74455
Chapter 2018 APR 26 A 11: 15

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

RECEIVED

ANTHONY ROSS          Debtor(s)
-----------------------------------------------------------------x

### AFFIDAVIT PURSUANT TO E.D.N.Y. LBR 1009-1(a)

ANTHONY ROSS_____, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter ____ of the Bankruptcy Code on 9/28/16.

2. Filed herewith is an amendment to __D_____ [indicate list(s), schedule(s) or statement(s) being amended] previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. [If creditor records have been added or deleted, or mailing addresses corrected] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: 4/26/18

(Signature of Debtor)

Sworn to before me this_____
day of_____,

_____
Notary Public, State of New York

*Reminder: No amendment of schedules is effective until proof of service in accordance with E.D.N.Y. LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

**Fill in this information to identify your case:**

Debtor 1: ANTHONY T. ROSS JR
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number: 16-74455
(If known)

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A: Amount of claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion If any |
|---|---|---|---|---|

**2.1 BANK OF AMERICA, N.A.**
Creditor's Name
P.O. BOX 27052
Number  Street

TAMPA  FL  33625
City  State  ZIP Code

Describe the property that secures the claim:
5801 ROCK SPRINGS RD.
LITHONIA, GA 30038

$ 52,500.00    $ 0.00    $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: 09/24/2007

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number: 1 8 9 9

---

**2.2 BAC Home Loans Servicing, LP**
Creditor's Name
7105 Corporate Drive
Number  Street

Plano  TX  75024
City  State  ZIP Code

Describe the property that secures the claim:
5801 ROCK SPRINGS RD.
LITHONIA, GA 30038

$ 52,500.00    $ 0.00    $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: 09/24/2007

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number: 1 8 9 9

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 105,000.00

| Debtor 1 | ANTHONY | T. | ROSS | JR | Case number (if known) 16-74455 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.3** NYS Department of State
Creditor's Name
123 William Street
Number    Street

New York        NY    10038
City            State  ZIP Code

Describe the property that secures the claim:
2254 Fifth Avenue, NY NY 10037

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

$_____    $_____    $_____

**2.4** NYS Department of Taxation
Creditor's Name
P.O. Box 5300
Number    Street

Albany          NY    12205
City            State  ZIP Code

Describe the property that secures the claim:
2254 Fifth Avenue, NY NY 10037

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  6  1  6  6

$  935.89    $  935.89    $_____

**2.6** Stacey Robinson
Creditor's Name
3250 Perry Avenue, 3A
Number    Street

Bronx           NY    10467
City            State  ZIP Code

Describe the property that secures the claim:
2254 Fifth Avenue
New York NY 10037

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Date debt was incurred 08/23/2017    Last 4 digits of account number  1  0  9  3

$  27,000.00    $  0.00    $_____

Add the dollar value of your entries in Column A on this page. Write that number here: $ 27,935.89

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $_____

Debtor 1  **ANTHONY** (First Name)  **T.** (Middle Name)  **ROSS JR** (Last Name)    Case number (if known) **16-74455**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**2.4** 
Name: RUBLIN LUBLIN, LLC
Number/Street: 3145 AVALON RIDGE PLACE, STE. 100
City/State/ZIP: PEACHTREE CORNERS, GA 30071
On which line in Part 1 did you enter the creditor? **1**
Last 4 digits of account number **1 8 9 9**

Name:
Number/Street:
City/State/ZIP:
On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

Name:
Number/Street:
City/State/ZIP:
On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

Name:
Number/Street:
City/State/ZIP:
On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number **1 8 9 9**

Name:
Number/Street:
City/State/ZIP:
On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

Name:
Number/Street:
City/State/ZIP:
On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

**Fill in this information to identify your case:**

Debtor 1: ANTHONY T. ROSS
(First Name / Middle Name / Last Name)

Debtor 2: ___
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): 16-74455

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.7** BSI FINANCIAL SERVICES
Creditor's Name
314 S. FRANKLIN STREET
P.O. BOX 517
TITUSVILLE   PA   16354

Describe the property that secures the claim:
20 INGRAHAM LANE
HEMPSTEAD, NY 11550

$ 360,000.00    $ 284,800.00    $ ___

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who owes the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred ___

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) MORTGAGE

Last 4 digits of account number  6 7 1 1

**2.8** Office of the receiver of taxes
Creditor's Name
200 N. Franklin Street
Hempstead   NY   11550

Describe the property that secures the claim:
20 INGRAHAM LANE
HEMPSTEAD, NY 11550

$ 4,877.16    $ 284,800.00    $ ___

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who owes the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred ___

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) ___

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 364,877.16

| Debtor 1 | ANTHONY | T. | ROSS | Case number (if known) 16-74455 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.9** MR. COOPER
Creditor's Name

8950 Cypress Waters Blvd
Number    Street

Coppell    TX    75019
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  06/06/2017

Describe the property that secures the claim:

5725 Cape Code Lane
Lithonia, GA 30038

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number  0  2  1  3

$ 21,971.83    $ 0.00

---

**3.1** FANNIE MAE
Creditor's Name

3900 WISCONSIN AVE
Number    Street

WASHINGTON    DC    20016
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  06/06/2017

Describe the property that secures the claim:

5725 Cape Code Lane Lithonia, GA 30038

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number  0  2  1  3

$ 21,971.83    $ 0.00

---

**3.2** ERIK CLAYTON
Creditor's Name

4850 37TH STREET
Number    Street
APT. F

Long Island City    NY    11101
City    State    ZIP Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  08/23/2017

Describe the property that secures the claim:

2254 Fifth Avenue
New York NY 10037

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number  1  0  9  3

$ 27,000.00    $ 0.00

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 70,943.66

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ _____

| Debtor 1 | ANTHONY | T. | ROSS | Case number (if known) 16-74455 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 3.3 | MCCALLA RAYMER LEIBERT PIERCE, LLC | On which line in Part 1 did you enter the creditor? 3.4 |
|---|---|---|
| | Name | Last 4 digits of account number  9  8  9  7 |
| | 1544 OLD ALABAMA ROAD | |
| | Number    Street | |
| | ROSWELL         GA      30076 | |
| | City            State   ZIP Code | |

| | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | Number    Street | |
| | City    State    ZIP Code | |

| | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | Number    Street | |
| | City    State    ZIP Code | |

| | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|
| | Name | Last 4 digits of account number  6  7  1  1 |
| | Number    Street | |
| | City    State    ZIP Code | |

| | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | Number    Street | |
| | City    State    ZIP Code | |

| | | On which line in Part 1 did you enter the creditor? _____ |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | Number    Street | |
| | City    State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1  ANTHONY           T.            ROSS
         First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number  16-74455
(If known)

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.4 BRONX SUPREME COURT**
Creditor's Name
851 GRAND CONCOURSE
Number    Street

BRONX        NY    10451
City         State  ZIP Code

Describe the property that secures the claim:
2254 Fifth Avenue
New York NY 10037

$_____    $_____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  08/23/2017

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number  1  0  9  3

**2.5 Office of the receiver of taxes**
Creditor's Name
200 N. Franklin Street
Number    Street

Hempstead    NY    11550
City         State  ZIP Code

Describe the property that secures the claim:
35 Ingraham St. AKA 6 Oak Avenue
Hempstead, NY 11550

$  14,403.97    $_____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    $  14,403.97

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 7 of 15

| Debtor 1 | ANTHONY | T. | ROSS | Case number (if known) 16-74455 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | |

**3.6** Carrington Mortgage Services
Creditor's Name

1600 SOUTH DOUGLASS RD.
Number        Street

Anaheim        CA    92803
City           State  ZIP Code

Describe the property that secures the claim:

6236 Katelyn Park
Lithonia, GA 30058

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 91,184.00   $ 0.00   $ _____

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 6/26/2005

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) _____

Last 4 digits of account number  8  7  1  1

**3.7** Wilmington SavingsFundSociety
Creditor's Name

Number        Street

1600 SOUTH DOUGLASS RD.

ANABEIM        CA    92803
City           State  ZIP Code

Describe the property that secures the claim:

6236 Katelyn Park Lithonia, GA 30058

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 91,184.00   $ 0.00   $ _____

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 06/23/2005

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) MORTGAGE

Last 4 digits of account number  8  7  1  1

**3.8** JP MORGAN CHASE BANK NA
Creditor's Name

3415 VISION DRIVE
Number        Street

COLUMBUS       OH    43219
City           State  ZIP Code

Describe the property that secures the claim:

6433 PARKWAY TRACE
LITHONIA, GA 30058

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 130,000.00   $ 45,000.00   $ _____

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 10/10/2006

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) _____

Last 4 digits of account number  9  8  9  7

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 312,368.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  $ _____

Debtor 1  ANTHONY T. ROSS  Case number (if known) 16-74455
        First Name   Middle Name   Last Name

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name _____
Number Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐ Name _____
Number Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐ Name _____
Number Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐ Name _____
Number Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number  1  0  9  3

☐ Name _____
Number Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐ Name _____
Number Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D    Part 2 of Schedule D: Creditors Who Have Claims Secured by Property    page 9 of 15

**Fill in this information to identify your case:**

Debtor 1     ANTHONY          T.            ROSS
             First Name       Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name  Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number  16-74455
(If known)

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

Column A - Amount of claim - Do not deduct the value of collateral.
Column B - Value of collateral that supports this claim
Column C - Unsecured portion If any

**3.9** NU ALLIANCE COMPANY
Creditor's Name
7000 EUNICE DRIVE
Number    Street

RIVERDALE       GA    30274
City            State  ZIP Code

Describe the property that secures the claim:
20 INGRAHAM LANE
HEMPSTEAD, NY 11550

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____    $ _____

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ Check if this claim relates to a community debt
Date debt was incurred _____     Last 4 digits of account number _____

**4.1** Nassau County Depart Assess
Creditor's Name
240 Old Country Road
Number    Street

Mineola         NY    11501
City            State  ZIP Code

Describe the property that secures the claim:
20 Ingraham Lane
Hempstead, NY 11550

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 9,754.33    $ _____    $ _____

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

☐ Check if this claim relates to a community debt
Date debt was incurred _____     Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here: $ 9,754.33

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 10 of 15

Debtor 1    ANTHONY    T.    ROSS      Case number (if known) 16-74455
First Name    Middle Name    Last Name

**Part 1: Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion, if any |
|---|---|---|---|

**2.2 Nassau County Depart Assess**
Creditor's Name
240 Old Country Road
Number   Street

Mineola   NY   11501
City   State   ZIP Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:
6 Oak Avenue
Hempstead, NY 11550

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$ 17,590.67    $ _____    $ _____

**2.3 Office of the County Treasurer**
Creditor's Name
1 West Street
Number   Street

Mineola   NY   11501
City   State   ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:
6 Oak Avenue Hempstead, NY 11550

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number  0  8  7  0

$ 14,403.97    $ 0.00    $ _____

**2.4 Office of the Receiver of taxes**
Creditor's Name
200 No. Franklin Street
Number   Street

Hempstead   NY   11550
City   State   ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:
20 Ingraham Lane, Hempstead NY 11550

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number  0  0  0  6

$ _____    $ _____    $ _____

Add the dollar value of your entries in Column A on this page. Write that number here: $ 31,994.64

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ _____

Debtor 1　**ANTHONY** ＿＿＿＿ **T.** ＿＿＿ **ROSS** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ Case number (if known) 16-74455 ＿＿＿＿＿＿＿＿＿＿＿
　　　　　First Name　　Middle Name　　Last Name

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　On which line in Part 1 did you enter the creditor? ＿＿＿＿
Number　　Street ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
City　　　　　　　　　　State　　ZIP Code

☐
Name ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　On which line in Part 1 did you enter the creditor? ＿＿＿＿
Number　　Street ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
City　　　　　　　　　　State　　ZIP Code

☐
Name ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　On which line in Part 1 did you enter the creditor? ＿＿＿＿
Number　　Street ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
City　　　　　　　　　　State　　ZIP Code

☐
Name ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　On which line in Part 1 did you enter the creditor? ＿＿＿＿
Number　　Street ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
City　　　　　　　　　　State　　ZIP Code

☐
Name ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　On which line in Part 1 did you enter the creditor? ＿＿＿＿
Number　　Street ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
City　　　　　　　　　　State　　ZIP Code

☐
Name ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　On which line in Part 1 did you enter the creditor? ＿＿＿＿
Number　　Street ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
City　　　　　　　　　　State　　ZIP Code

Fill in this information to identify your case:

Debtor 1: ANTHONY T. ROSS

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): 16-74455

☑ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim | Column B: Value of collateral that supports this claim | Column C: Unsecured portion if any |
|---|---|---|---|

**45** Office of the Receiver of taxes (Creditor's Name)
200 No. Franklin Street
Hempstead NY 11501

Describe the property that secures the claim: 35 Ingraham Street Hempstead, NY 11550

$10,127.83 | $0.00 | $

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number  0 0 8 7

**46** Village of Hempstead (Creditor's Name)
89 Nichols Court
Hempstead NY 11550

Describe the property that secures the claim: 35 Ingraham Street Hempstead, NY 11550

$10,587.05 | $ | $

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here: $20,714.88

Official Form 106D                Schedule D: Creditors Who Have Claims Secured by Property                page 13 of 15

| Debtor 1 | ANTHONY | T. | ROSS | Case number (if known) 16-74455 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

☐
Creditor's Name

_____
Number    Street

_____

_____
City         State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$_____    $_____    $_____

---

☐
Creditor's Name

_____
Number    Street

_____

_____
City         State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$_____    $_____    $_____

---

☐
Creditor's Name

_____
Number    Street

_____

_____
City         State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$_____    $_____    $_____

---

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ 957,992.53

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 14 of 15

Debtor 1  ANTHONY T. ROSS    Case number (if known) 16-74455
          First Name  Middle Name  Last Name

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  
Name  
Number  Street  
City  State  ZIP Code  

On which line in Part 1 did you enter the creditor? _____  
Last 4 digits of account number ___ ___ ___ ___

☐  
Name  
Number  Street  
City  State  ZIP Code  

On which line in Part 1 did you enter the creditor? _____  
Last 4 digits of account number ___ ___ ___ ___

☐  
Name  
Number  Street  
City  State  ZIP Code  

On which line in Part 1 did you enter the creditor? _____  
Last 4 digits of account number ___ ___ ___ ___

☐  
Name  
Number  Street  
City  State  ZIP Code  

On which line in Part 1 did you enter the creditor? _____  
Last 4 digits of account number  0  0  8  7

☐  
Name  
Number  Street  
City  State  ZIP Code  

On which line in Part 1 did you enter the creditor? _____  
Last 4 digits of account number ___ ___ ___ ___

☐  
Name  
Number  Street  
City  State  ZIP Code  

On which line in Part 1 did you enter the creditor? _____  
Last 4 digits of account number ___ ___ ___ ___