# PRYOR & MANDELUP, L.L.P.

**PRYOR & MANDELUP, L.L.P.**
A Limited Liability Partnership Including Professional Corporations
675 Old Country Road
Westbury, New York 11590-4513
Telephone: (516) 997-0999
Facsimile:(516) 333-7333

A Limited Liability Partnership Including Professional Corporations
675 Old Country Road
Westbury, New York 11590-4513
Telephone: (516) 997-0999
Facsimile:(516) 333-7333

April 30, 2018

Office of the Clerk
United States Bankruptcy Court
290 Federal Plaza
Central Islip, NY 11722-9013

  Re: Anthony T. Ross
     Case No. 16-74455

Dear Sir/Madam:

  On January 5, 2018, the Trustee's office inadvertently filed a Trustee's Report of No Distribution in the above referenced case. Mr. Pryor requests that you rescind this report.

  If you have any questions, please contact the undersigned. Thank you.

           Very Truly Yours,

           PRYOR & MANDELUP, L.L.P.

           s/Andrea Giliberto
           Andrea Giliberto, Legal Assistant